District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CHENGBO HE, *et al.*,<br><br>Plaintifffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CASE NO. 2:23-cv-00261-RSM<br><br>JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE<br><br>Noted for consideration on:<br>April 28, 2023 |
|---|---|

Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move to extend Defendants' time to respond to the Complaint until June 20, 2023. Twelve Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their and their derivatives' Form I-485s, Applications to Register Permanent Residence or Adjust Status. Dkt. No. 1. Defendants' current response deadline is May 8, 2023.

The parties submit there is good cause for the requested extension. USCIS has approved nine of the twelve Plaintiffs' Form I-485s. In addition, USCIS is processing the three remaining Plaintiffs' applications. USCIS recently issued a Request for Evidence to one remaining Plaintiff.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

USCIS scheduled the two other remaining Plaintiffs for interviews on May 9, 2023. To provide time for USCIS to continue processing the pending Form I-485s, the parties jointly request that the Court extend Defendants' deadline to respond to the Complaint until June 20, 2023. The Parties agree that this is an acceptable timeframe and recognize the possibility that this process may moot Plaintiffs' claims.

DATED this 28th day of April, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 193 words, in compliance with the Local Civil Rules

FRAGOMEN DEL REY BERNSEN & LOEWY, LLP

*/s/ Daniel P. Pierce*
DANIEL P. PIERCE (pro hac vice)
1101 15th Street NW, Ste 700
Washington, DC 200005
Phone: 202-223-5515
Email: dpierce@fragomen.com

FOX ROTHSCHILD LLP

*/s/ Al Roundtree*
AL ROUNDTREE, WSBA #54851
1001 Fourth Ave., Ste 4400
Seattle, WA 98154
Phone: 206-624-3600
Email: aroundtree@foxrothschild.com

*Attorneys for Plaintiffs*

**ORDER**

It is **SO ORDERED.**

DATED this 2nd day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE
CASE NO. 2:23-cv-00261-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970