District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHENGBO HE, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | CASE NO. 2:23-cv-261-RSM<br><br>JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE<br><br>Noted for consideration on:<br>June 15, 2023 |

Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move to extend Defendants' time to respond to the Complaint until July 7, 2023. Twelve Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their and their derivatives' Form I-485s, Applications to Register Permanent Residence or Adjust Status. Dkt. No. 1. Defendants' current response deadline is June 20, 2023. Good cause exists to extend Defendants' time to respond to the Complaint until July 7, 2023.

JOINT STIPULATION AND ORDER
CASE NO. 2:23-cv-261-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties are diligently working to resolve this litigation. All Plaintiffs now have approved Form I-485s. USCIS is producing the lawful permanent resident card ("LPR") for the last Plaintiff. To give the parties time to discuss potential resolution of this case, as well as allow USCIS additional time to continue with its adjudications, the parties stipulate and jointly request that the Court extend Defendants' time to respond to the Complaint until July 7, 2023.

DATED this 15th day of June, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

*/s/ Daniel P. Pierce*
DANIEL P. PIERCE (pro hac vice)
Fragomen Del Rey Bernsen & Loewy, LLP
1101 15th Street NW, Ste 700
Washington, DC 200005
Phone: 202-223-5515
Email: dpierce@fragomen.com

*/s/ Al Roundtree*
AL ROUNDTREE, WSBA #54851
Fox Rothschild LLP
1001 Fourth Ave., Ste 4400

JOINT STIPULATION AND ORDER
CASE NO. 2:23-cv-261-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | Seattle, WA 98154 |
| 2 | Phone: 206-624-3600 |
| | E-mail:  aroundtree@foxrothschild.com |
| 3 | *Attorneys for Plaintiffs* |

JOUNT STIPULATION AND ORDER  
CASE NO. 2:23-cv-261-RSM

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

**ORDER**

It is **SO ORDERED.**

DATED this 16th day of June, 2023.

                                   *[signature]*
                                   RICARDO S. MARTINEZ
                                   UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
CASE NO. 2:23-cv-261-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970